IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEPHANIE TORRES** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 15-2873 |
| | : | |
| **CAROLYN W. COLVIN** | : | |

## ORDER

**AND NOW**, this 5th day of January, 2016, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Document No. 11), the defendant's response (Document No. 12), the Report and Recommendation of United States Magistrate Judge Jacob P. Hart (Document No. 14), and after a thorough and independent review of the record, it is **ORDERED** as follows::

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. To the extent the plaintiff seeks remand, the request for review is **GRANTED**.

3. The matter is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. §405(g), for the purpose of receiving evidence from a medical health expert, who shall specifically consider the claimant's credibility and any testing the expert deems necessary.

/s/Timothy J. Savage
TIMOTHY J. SAVAGE, J.